**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jose C. Coronado, ) | CV-06-2582-PHX-SMM (MHB) |
| ) |  |
| Plaintiff, ) | **ORDER** |
| ) |  |
| vs. ) |  |
| ) |  |
| Sheriff Chris Vasques, ) |  |
| ) |  |
| Defendant. ) |  |
| ) |  |

Defendant's Motion to Dismiss (Doc. #15) now ready for the Court's consideration,

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to Defendant's Motion to Dismiss (Doc. #15).  All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 30th day of July, 2007.

Stephen M. McNamee
United States District Judge